■ SONIA N. IRIZARRY, Individually and as Parent and Natural Guardian of JOSE M. RIVERA, an Infant, Respondent, v DIEP CHU et al., Appellants. (Appeal No. 2.) [725 NYS2d 253] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt,* 63 AD2d 777, 779). (Appeal from Amended Order of Supreme Court, Monroe County, Bergin, J.—Summary Judgment.) Present—Green, J. P., Hurlbutt, Scudder, Burns and Lawton, JJ.